

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-16-00098-CR

**RICARDO SANCHEZ ENRIQUEZ**
**AKA RICARDO ENRIQUEZ SANCHEZ,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

_____

**From the 54th District Court**
**McLennan County, Texas**
**Trial Court No. 2008-1926-C2**

_____

## 10-16-00099-CR

**RICARDO SANCHEZ ENRIQUEZ**
**AKA RICARDO ENRIQUEZ SANCHEZ,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

_____

**From the 19th District Court**

---

# ORDER

---

There is some confusion as to the correct name of the appellant in these appeals. The judgments of the trial court, which are the subject of these appeals, reflect appellant's name to be Ricardo Sanchez Enriquez. This is the name we used in our dismissal of the appeals for want of jurisdiction. *See Enriquez v. State*, Nos. 10-16-00098-CR & 10-16-00099-CR, 2016 Tex. App. LEXIS 3333 (Tex. App.—Waco March 31, 2016, no pet. h.). We have noticed, however, that the appellant has used the name Ricardo Enriquez Sanchez in each document he has sent us. We have decided to add the name Ricardo Enriquez Sanchez to our appellate docketing system so that both names can be located using an electronic search. We will, however, continue to use the name Ricardo Sanchez Enriquez in any order or opinion issued from this Court because that is the name reflected in the trial court's judgments and that is the name by which the appellant is identified at the Texas Department of Corrections.

As noted earlier, Ricardo Sanchez Enriquez's appeals were dismissed for want of jurisdiction on March 31, 2016. *See Enriquez v. State*, Nos. 10-16-00098-CR & 10-16-00099-CR, 2016 Tex. App. LEXIS 3333 (Tex. App.—Waco March 31, 2016, no pet. h.). On April 8, 2016, the Clerk of this Court filed what we characterize as Enriquez's motion for extension of time to file a motion for rehearing. Enriquez's motion is granted.

Enriquez's Motion for Rehearing was then received on April 18, 2016. However, the motion only addresses Enriquez's inability to previously respond with more information regarding his notice of appeal. It does not address the merits of the Court's opinion dismissing Enriquez's appeals for want of jurisdiction.

Enriquez is ordered to file a supplemental motion for rehearing within 35 days from the date of this Order which addresses the merits of the opinion previously issued by the Court on March 31, 2016.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Supplemental motion ordered
Order issued and filed May 5, 2016

